

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00051-CV

| | | |
|---|---|---|
| Amy Baker | § | From the 96th District Court |
| | § | of Tarrant County (096-293112-17) |
| v. | | |
| | § | September 6, 2018 |
| Chelsea Baker and Dakota Baker | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees Chelsea Baker and Dakota Baker shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
     Justice Sue Walker